STEVEN W. PITE (CA SBN 157537)
DAVID E. McALLISTER (CA SBN 185831)
ANGELA M. FONTANINI (CA SBN 259743)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for GMACB ASSET MANAGEMENT CORP

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>LEONARD BURGESS HAYES AND ANNA CRISTINA HAYES,<br><br>Debtor(s). | Case No. 6:09-bk-25311-TD<br><br>Chapter 13<br><br>CONDITIONAL NON-OPPOSITION TO DEBTOR'S MOTION TO AVOID LIEN |

GMACB ASSET MANAGEMENT CORP ("Creditor") as a secured creditor of the above-captioned bankruptcy estate, herby submits its conditional non-opposition to Leonard Burgess Hayes and Anna Cristina Hayes' ("Debtors") Motion to Avoid Lien ("Motion") based on the following:

A. On July 25, 2007, Debtors, for valuable consideration, made, executed, and delivered a Promissory Note ("Note") in the amount of $153,000.00, which is secured by a Second Deed of Trust encumbering the real property at 4656 Countrygate Court, Riverside, California 92505 (the "Subject Property"). The Subject Property is more fully described in the legal description attached hereto as exhibit "A", which is incorporated herein by this reference. The Note and Second Deed of Trust are collectively referred to hereinafter as the "Subject Loan."

B. On or about July 7, 2009, Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of the State of California, Riverside Division, and was assigned Case No. 6:09-bk-25311-TD.

C. On or about July 20, 2009, Debtors filed a Motion to Avoid Lien, praying that the Court find the Second Deed of Trust encumbering the Subject Property be avoided and that Creditor's claim be paid as unsecured.

**CREDITOR DOES NOT OPPOSE DEBTOR'S MOTION TO AVOID LIEN ON THE CONDITION THAT THE FOLLOWING PROVISIONS ARE INCLUDED IN THE ORDER:**

1. Creditor's claim shall be allowed as a non-priority general unsecured claim. Creditor shall file an amended Proof of Claim listing its claim as unsecured to be paid in accordance with the Debtor's Plan;

2. The avoidance of Creditor's Second Deed of Trust is contingent upon the Debtor's completion of their Chapter 13 plan and the Debtor's receipt of a Chapter 13 discharge;

3. Upon receipt of the Debtor's Chapter 13 discharge and completion of their Chapter 13 Plan, this Order may be recorded by the Debtor in the County Recorder's Office in which the real property is located;

4. Creditor shall retain its lien for the full amount due under the Subject Loan in the event of either the dismissal of the Debtor's Chapter 13 case or the conversion of the Debtor's Chapter 13 case to any other Chapter under the United States Bankruptcy Code;

5. In the event that the holder of the first lien on the Subject Property forecloses on its security interest and extinguishes Creditor's Second Deed of Trust prior to the Debtor's completion of their Chapter 13 Plan and receipt of a Chapter 13 discharge, Creditor's lien shall attach to the surplus proceeds of the foreclosure sale for the full amount of the Subject Loan balance at the time of the sale; and

6. Each party shall bear their own attorneys' fees and costs incurred regarding Debtor's Motion to Avoid Lien.

/s/ Angela M. Fontanini (CA SBN 259743_
ANGELA M. FONTANINI
Attorney for GMACB ASSET MANAGEMENT CORP

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

The foregoing document described CONDITIONAL NON-OPPOSITION TO DEBTOR'S MOTION TO AVOID LIEN will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 31, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

U.S. Trustee served pursuant to Local Bankruptcy Rule 2002-2(a) (2)

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On July 31, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Honorable Thomas B. Donovan
U.S. Bankruptcy Court
3420 Twelfth Street, Suite 1352
Riverside, CA 92501-3819

Leonard Burgess Hayes
Anna Cristina Hayes
4656 Country Gate Court
Riverside, CA 92505

Gregory J. Doan
25401 Cabot Rd Ste 119
Laguna Hills, CA 92653

Rod (TD) Danielson
4361 Latham Street, Suite 270
Riverside, CA 92501

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 31, 2009 | THANH TRAN | /s/ Thanh Tran |
|---|---|---|
| *Date* | *Type Name* | *Signature* |